UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

    Dumar Kindle et al.

                          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant _____Luis Velez_____ hereby voluntarily consents to participate in the following proceeding via ✓videoconferencing or ✓ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

✓   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓   Bail/Detention Hearing

✓   Conference Before a Judicial Officer

_/s/ Luis Velez by JCM on consent_
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Luis Velez_
**Print Defendant's Name**

_____
**Defendant's Counsel's Signature**
Stephen R. Lewis

_Stephen R. Lewis_
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

__2/18/21__
Date

_Judith C. McCarthy_
**U.S. District Judge/U.S. Magistrate Judge**